

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

September 20, 2021

<u>VIA ECF</u>
The Honorable Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
Thurgood Marshall U. S. Courthouse
40 Foley Square
New York, New York 10007

Re:   <u>Tatum-Rios v. Wardrobe, LLC,1:21-cv-06474-JMF</u>

Dear Magistrate Judge Netburn:

This Firm represents Plaintiff Lynnette Tatum-Rios in the above-referenced action. We submit this letter to advise the Court that the parties have reached an agreement in principle to amicably resolve this matter. Accordingly, we respectfully request that: (i) all existing deadlines and conferences be adjourned *sine die* (Dkt. Nos. 5 & 6); and (ii) the parties be given 45 days to finalize the settlement and file a Notice of Dismissal with Prejudice or, if the settlement is not consummated, to reopen the action.

This is the first request for an adjournment *sine die*.  Defendant consents to this request.

We appreciate the Court's consideration of these requests.

Respectfully submitted,
LIPSKY LOWE LLP


<u>s/ Christopher H. Lowe</u>
Christopher H. Lowe


CC: Defendant's Counsel (via email)